IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>RAPHAEL MENARD,<br>LESHANDA HUNTE | Criminal Action No.<br><br>1:17-CR-193-WSD |

**Government's Unopposed Motion to Continue Sentencing Hearings**

The United States of America, by Byung J. Pak, United States Attorney, and Trevor Wilmot, Assistant United States Attorney for the Northern District of Georgia, files this unopposed motion to continue the May 23, 2018, sentencing hearings and shows the following:

1. On February 15, 2018, undersigned lead counsel filed a notice of leave of absence for May 18, 2018, through June 1, 2018.  (Doc. 88).  Said leave is for non-refundable travel outside the United States.

2. On February 16, 2018, the Court scheduled Defendants' sentencing hearings for the morning of May 8, 2018.  (Docs. 94, 95).

3. On May 6, 2018, Defendant Hunte filed a motion for a new trial under Rule 33 of the Federal Rules of Criminal Procedure.  (Doc. 117).

1

4. On May 7, 2018, the Court set a briefing schedule on the motion and reset the Defendants' sentencing hearings to the afternoon of May 23, 2018. (Doc. 119).

5. The current date for the Defendants' sentencing hearings conflicts with the undersigned's leave of absence. Further, the case agent, who is expected to testify at Hunte's sentencing, is unavailable May 23 through May 25 because he is on personal leave for out-of-state travel.

6. The Government respectfully requests that the Court continue the Defendants' sentencing so that undersigned counsel can attend the hearings. As lead counsel for the government, the undersigned is more familiar with this litigation than co-counsel, who filed a notice of appearance on January 2, 2018, in anticipation of trial. (*See* Doc. 48).

7. The requested continuance of the sentencing hearings will not prejudice Defendants, as both are currently on bond. (*See* Docs. 7, 9, 105, 106). The undersigned has contacted lead counsel for Menard and Hunte and counsel stated they do not oppose this motion.

8. The undersigned notifies the Court of two other upcoming conflicts: June 7 (suppression hearing beginning at 10:00 a.m., *United States v. Efrain Valencia*, Crim. No. 1:10-CR-490-TCB-LTW (Doc. 510)) and June 14 through June 15 (leave of absence, *United States v. Menard and Hunte*, (Doc. 109)). The undersigned

believes that Hunte's lead counsel is not available until after June 4.

The undersigned is unaware of any scheduling conflicts for Menard's counsel.

## Conclusion

Wherefore, the government respectfully requests that the Court continue the Defendants' sentencing hearings.

Respectfully submitted,

BYUNG J. PAK
   *United States Attorney*

/s/TREVOR WILMOT
   *Assistant United States Attorney*
Georgia Bar No. 936961
Trevor.Wilmot@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

>Gary Rosenberg, Esq.
>
>Margaret Strickler, Esq.
>
>Jay Strongwater, Esq.

May 7, 2018

>/s/ TREVOR WILMOT
>
>TREVOR WILMOT
>
>*Assistant United States Attorney*